**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHANE AARON ABBOTT, | No. 12-35801 |
| Petitioner - Appellant, | D.C. No. 3:11-cv-01047-MO<br>District of Oregon,<br>Portland |
| v. | |
| FEDERAL BUREAU OF PRISONS and<br>J.E. THOMAS, Warden, | ORDER |
| Respondents - Appellees. | |

Before: WARDLAW, GOULD, and CHRISTEN, Circuit Judges.

Petitioner-Appellant's request to publish the memorandum disposition is

GRANTED. The memorandum disposition previously filed on October 10, 2014

is withdrawn. The panel shall file a substituting opinion in due course.